IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INNOVELIS, INC.

                              *Plaintiff,*

              v.                                              CIVIL ACTION
                                                             NO. 15-02661
AUCH, *et al.*

                              *Defendants.*

## ORDER

**AND NOW**, this 19th day of May, 2016, upon consideration of Plaintiff Innovelis, Inc.'s

unopposed Motion for Default and Permanent Injunction Against Defendants (ECF No. 20), it is

**ORDERED** that the motion is **GRANTED**.  It is further **ORDERED** that:

1.  Defendants, including its officers, partners, employees, agents, parents, subsidiaries,

    attorneys and anyone acting under the control of the Defendants are **PERMANENTLY**

    **ENJOINED** from manufacturing, using, selling, or offering to sell any product that

    infringes on U.S. Patent No. 8,988,616.


                              BY THE COURT:



                              */s/ Gerald J. Pappert*
                              GERALD J. PAPPERT, J.

1